No. 768. WESTERN & ATLANTIC RAILROAD *v.* MICHAEL. Motion to dismiss submitted February 17, 1934. Decided March 5, 1934. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Pizitz* v. *Yeldell,* 274 U.S. 112, 116; *Staten Island Ry. Co.* v. *Phoenix Indemnity Co.,* 281 U.S. 98, 107, 108; *Silver* v. *Silver,* 280 U.S. 117, 123; *Sproles* v. *Binford,* 286 U.S. 374, 396. *Mr. Fitzgerald Hall* for appellant. *Mr. Samuel D. Hewlett* for appellee.

No. 18, original. PENNSYLVANIA *v.* ARKANSAS. March 5, 1934. The answer of the defendant is received and ordered to be filed.

No. 128. TEXAS & PACIFIC RAILWAY Co. *v.* POTTORFF, RECEIVER. March 5, 1934. Ordered, that the opinion in this case be amended as follows: By striking out the following now appearing in note 15 on page 8 [259] of said opinion:

" To insure fulfilment of this function the Government subjects national banks to close and constant supervision so as to maintain the solvency of the bank. It is made a crime to accept a deposit with knowledge of insolvency. Only when the bank's condition measures up to the prescribed standards of safety and liquidity may deposits be received."

Opinion reported as amended, *ante,* p. 245.

No. —, original. EX PARTE UNITED ENGINEERING & FOUNDRY Co. March 5, 1934. The motion for leave to file petition for writ of mandamus is denied. *Messrs. Melville Church, A. Leo Weil,* and *Jo. Baily Brown* for petitioner.